AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Roger Armando BENITEZ-Herrera<br><br>_Defendant(s)_ | )<br>)<br>) Case No: 25-592 PO<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>April 29, 2025</u> in the county of <u>Otero</u> in the State and District of <u>New Mexico</u>, the defendant violated <u>8 U.S.C. §1304(e)(Failure to Carry Alien Registration)</u>, an offense described as follows:

Fail to carry and have in his/her personal possession a certificate of alien registration or alien registration receipt card issued to him/her pursuant to Section 264(d) of the Immigration and Nationality Act,

This criminal complaint is based on these facts:
On April 29, 2025, Border Patrol Agents were conducting immigration inspections at the checkpoint located west of Alamogordo, NM on US Hwy 70.
The defendant, a 54 year old, entered the checkpoint for inspection as the driver of a Semi Tractor pulling a trailer. An Agent greeted him and inquired as to his citizenship. The defendant stated that he was a Permanent Resident in the United States. When asked for his Permanent Resident Card (Form I-551), he stated he did not have it and presented his TX Driver's License.
Agents conducted checks on the defendant's records and found a lengthy criminal history and confirmed his Permanent Resident status.

☐ Continued on the attached sheet.

_____
Complainant's signature

Jose M. Gonzalez, Agent
_____
Printed name and title

VIA PHONE
Sworn to before me ~~and signed in my presence.~~

Date: April 30, 2025
_____

City and state: Las Cruces, N.M.
_____

_____
Judge's signature

Gregory J. Fouratt, United States Magistrate Judge
_____
Printed name and title